MILDRED P. GRACE et al., as Trustees under the Will of DAVID FOX, Deceased, Appellants, *v.* CORN EXCHANGE BANK TRUST COMPANY, Respondent.

Submitted December 8, 1941; decided January 8, 1942.

Motion for reargument or to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 287 N. Y. 94.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* HENRY ANCRUM and RALPH G. JONES, Appellants.

Submitted January 13, 1942; decided January 14, 1942.

No question is now raised that was not considered by the court while this case and *People* v. *Hicks* (287 N. Y. 165) were under consideration together. (See 287 N. Y. 633.)